

HRW: USAO 2017R00839

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 AUG 22  PM 12: 18

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GJH 18cr437 |
| | * | |
| TOYA YOUNG JONES, | * | (Theft of Government Property, |
| | * | 18 U.S.C. § 641; Forfeiture, |
| Defendant | * | 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. |
| | * | § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Theft of Government Property)

The Grand Jury for the District of Maryland charges that:

On or about November 1, 2017, in the District of Maryland, the defendant,

**TOYA YOUNG JONES,**

did embezzle, steal, purloin, and knowingly convert to her use or the use of another, any money and thing of value of the United States and of any department and agency thereof, with an aggregate value that exceeded $1,000.

18 U.S.C. § 641

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as a result of the defendant's conviction under Count One of this Indictment.

2. As a result of the offense set forth in Count One of this Indictment, the defendant,

**TOYA YOUNG JONES,**

shall forfeit to the United States all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, including but not limited to the property of the United States identified in Count One and involved in that offense, to wit, at least $8,398 in United States currency, and all interest and proceeds traceable thereto.

3. If, as a result of any act or omission of any defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property, that is, at least $8,398.

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

Date: August 22, 2018